IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| [UN NAMED], | MC 19–6–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| [UN NAMED], | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on June 21, 2019. There have been no objections and therefore the parties are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this action be dismissed for lack of jurisdiction. I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 2), and I adopt them in full.

Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction. The Clerk of Court is directed to close the case.

DATED this 16th day of July, 2019.

10:26.A.M.

Donald W. Molloy, District Judge
United States District Court