IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| [UN NAMED], | MC 19-6-M-DWM |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| [UN NAMED], | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order, this case is DISMISSED without prejudice for lack of jurisdiction.

Dated this 16th day of July, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk